AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| OLUDAMILARE OLUGBUYI | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2020,__ in __WARD 5__ of the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1014 | (False Statements to a Financial Institution) |

This criminal complaint is based on these facts:

Oludamilare Olugbuyi provided false and fraudulent documentation to a federally-insured financial institution in support of loan applications seeking more than $400,000 in loans insured by the Small Business Administration pursuant to a COVID-19 relief program, all as further described in the attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Cole S. Ashcraft, Special Agent, TIGTA
*Printed name and title*

Sworn telephonically in accordance with Rule 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure

Date: 06/30/2020

*Judge's signature*

City and state: Washington, DC

Magistrate Judge G. Michael Harvey
*Printed name and title*