# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:20-mj-00127 |
| : | Assigned To : Harvey, G. Michael |
| v. : | Assign. Date : 6/30/2020 |
| : | Description: Complaint w/ Summons |
| **OLUDAMILARE OLUGBUYI,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

This matter having come before the Court pursuant to the motion of the United States to unseal the Criminal Complaint, Affidavit in Support of Criminal Complaint, Summons, Motion to Seal, and Motion to Unseal in this matter,

IT IS ORDERED that the motion is hereby GRANTED, and that the Criminal Complaint, Affidavit in Support of Criminal Complaint, Summons, Motion to Seal, and Motion to Unseal are unsealed and may be entered on the public docket by the Clerk's office.

Date: July 2, 2020

_____

Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE